IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **Yazmin Gonzalez,** § § § Plaintiff § § *versus* § § **Pelican Investment Holdings LLC,** § § Defendant § § § § § | Civil Action No. 3:24-CV-453 DB |

### (~~PROPOSED~~) JUDGMENT BY DEFAULT

Pursuant to Rule 55(b)(1), FRCP, it appears that judgment by default should be entered against Defendant Pelican Investment Holdigns LLC based on the following:

1. Plaintiff has certified to personal jurisdiction and service of process and that the Defendant is not an infant, incompetent person, in active military service of the United Staes of America or its officers or agents.

2. Defendant has not appeared in this action.

3. The clerk's default against Defendant was entered on February 6, 2025

4. The amount claimed is a sum certain in the amount of $58,050.00.

Accordingly, judgment is hereby entered in favor of the Plaintiff in the amount of $58,050.00.

Date: 4-1-2025

_____
The Honorable David Briones
US District Judge