IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| YAZMIN GONZALEZ,<br>　　Plaintiff,<br><br>v.<br><br>PELICAN INVESTMENT HOLDINGS, LLC,<br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-24-CV-00453-DB |

## FINAL JUDGMENT

On April 1, 2025, the Court entered a Default Judgment against Defendant Pelican Investment Holdings, LLC in the above-captioned case. The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that a Default Judgment is **ENTERED** against Defendant Pelican Investment Holdings, LLC.

**IT IS FURTHER ORDERED** that the District Clerk's Office for the Western District of Texas shall **CLOSE** this case.

SIGNED this 21st day of **April 2025**.

_____
**HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE**